UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

**Filed On
7/23/07**

In re:

TOMMIE GERALD RAWLINSON,

    Debtor.

Case No. F07-00210-DMD
Chapter 13

## MEMORANDUM TO COUNSEL

Wells Fargo Bank, N.A. has filed a secured claim for $121,264.14. The debtor's pre-petition arrearage is listed as $27,303.67. The debtor's current plan does not propose to cure that arrearage. Debtor's counsel shall be prepared to submit authority as to how the court can confirm the debtor's plan under such circumstances at the confirmation hearing on August 14, 2007.

DATED: July 23, 2007.

BY THE COURT

 /s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:    S.J. Crawford, Esq.
L. Compton, Trustee
Wells Fargo Bank, N.A., c/o McCalla Raymer, LLC, Bankruptcy Department,
    Attn: Alice A. Blanco, Esq.,
    1544 Old Alabama Road, Roswell, Georgia 30076

07/23/07